**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :    No. 481 MAL 2021

                Respondent               :

                                         :    Petition for Allowance of Appeal
                                         :    from the Order of the Superior Court

              v.                           :

                                         :

MARKUS THOMAS,                     :

                                         :

                  Petitioner             :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 24th day of February, 2022, the Petition for Allowance of Appeal is **DENIED**.